IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

CONNIE LOUISE COOPER,                :        CHAPTER 13
                                     :
        Debtors.                     :        CASE NO.: 17-71583-WLH
                                     :
                                     :

CERTIFICATE OF MANNER OF SERVICE PURSUANT TO
BANKRUPTCY RULE 7004

This is to certify that I have this day served a copy of the **NOTICE OF HEARING ON CONFIRMATION OF MODIFIED PLAN AND OF DEADLINE FOR OBJECTIONS TO CONFIRMATION OF MODIFIED PLAN** (Docket #22) in the above styled case by depositing same in the United States mail with the adequate postage affixed thereto to insure delivery addressed as follows:

Razor Capital LLC as assignee of American Credit Acceptance
8000 Norman Center Drive Suite 860
Minneapolis, MN 55437

Razor Capital, LLC, as assignee of American Credit Acceptance
c/o Stenger & Stenger, P.C.
2618 East Paris Ave SE
Grand Rapids, MI 49546[1]

Razor Capital, LLC
PO Box 390243
Minneapolis MN 55439-2300[2]

Razor Capital, LLC
8000 Norman Ctr. Dr., Suite 860
Bloomington, MN 55437[3]

---

[1] Counsel for Razor Capital, LLC per Summons of Continuing Garnishment
[2] Contact address per www.razor-capital.com
[3] Principal office address per Minnesota Secretary of State (Note: Razor Capital, LLC not registered as a foreign entity with Georgia Secretary of State)

Razor Capital, LLC
c/o Gregory E Woodford
8000 Norman Ctr. Dr., Suite 860
Bloomington, MN 55437[4]

DATE: March 5, 2018

_____/s/_____
Howard Slomka
Georgia Bar # 652875
Slipakoff & Slomka, P.C.
Attorney for Debtor
Overlook III
2859 Paces Ferry Rd. SE
Atlanta, GA 30339
Tel: (404)800-4001

---

[4] Registered agent and address per Minnesota Secretary of State